# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-9171-GW-MAAx | Date | August 17, 2022 |
|---|---|---|---|
| Title | *Luis Manuel Robledo v. Crafco, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On August 16, 2022, Plaintiff Luis Manuel Robledo filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 90 days. The Court now sets an order to show re: settlement hearing for November 21, 2022 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on November 18, 2022.

|  | : |
|---|---|
| Initials of Preparer | JG |